1014

No. 95–6359. SPINKS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 95–6364. ALLEN v. HUNDLEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 95–6438. LEWIS v. PALMS ASSOCIATES; and LEWIS v. CIRCUIT COURT OF VIRGINIA, CITY OF VIRGINIA BEACH. C. A. 4th Cir. Certiorari denied.

No. 95–6457. CARTER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–6467. MANES v. OREGON. Ct. App. Ore. Certiorari denied.

No. 95–6490. WEST v. NEWBERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–6501. HANSLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6513. BEIDEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6523. WILLIAMS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 95–6527. LORD v. LORD. App. Ct. Conn. Certiorari denied.

No. 95–6540. BRIGMAN v. FREEMAN, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6544. NANNI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–6547. JOHNSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–6551. BOONE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.